**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DYONNE L. JACKSON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-23376 JAD

Document No.:

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/27/2011 and confirmed on 07/29/2011 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,248.00 |
| Less Refunds to Debtor | 500.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,748.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 107.63 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 107.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
|   EILEEN YACKNIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DYONNE L. JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DYONNE L. JACKSON | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES AND ANGELA SAYLOR | 1,111.00 | 1,061.43 | 0.00 | 1,061.43 |
|     Acct: XXXXXXXX4583 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 274.00 | 274.00 | 0.00 | 274.00 |
|     Acct: XXXXXXXX-JAD | | | | |
|   JAMES AND ANGELA SAYLOR | 0.00 | 1,953.82 | 0.00 | 1,953.82 |
|     Acct: XXXXXXXX4583 | | | | |
|   EQUITABLE GAS CO (*) | 0.00 | 351.12 | 0.00 | 351.12 |
|     Acct: XXXXXXXXX8912 | | | | |
| | | | | 3,640.37 |

Unsecured

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | AFNI INC** | 223.88 | 0.00 | 0.00 | 0.00 |
| | Acct: XX95.. | | | | |
| | ASPIRE/CARD SVCS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX9034 | | | | |
| | ARA INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX3637 | | | | |
| | BEACHBODY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX0001 | | | | |
| | CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX4000 | | | | |
| | EQUITABLE GAS CO (*) | 707.37 | 0.00 | 0.00 | 0.00 |
| | Acct: XX8862 | | | | |
| | FULL SERVICE NETWORK | 106.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 4698 | | | | |
| | HOUSING AUTHORITY/CITY OF PGH* | 1,111.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4583 | | | | |
| | HSBC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX0961 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 4,024.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 8009 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,584.14 | 0.00 | 0.00 | 0.00 |
| | Acct: XX9034 | | | | |
| | PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX2493 | | | | |
| | CAPITAL MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX2837 | | | | |
| | RIVERWALK HOLDINGS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX0961 | | | | |
| | US DEPARTMENT OF EDUCATION** | 7,179.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 4583 | | | | |
| | VERIZON/SCCR GTE/AFNI(*) | 1,769.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 0407 | | | | |
| | AFNI INC** | 119.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 8424 | | | | |
| | AFNI INC** | 69.87 | 0.00 | 0.00 | 0.00 |
| | Acct: XX6297 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX5610 | | | | |
| | VERIZON WIRELESS** | 426.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 4469 | | | | |

*  *  * N O N E *  *  *

TOTAL PAID TO CREDITORS                                                                                              3,640.37

| 11-23376 JAD | **TRUSTEE'S FINAL REPORT AND ACCOUNT** | Page 3 of 3 |
|---|---|---|

```
TOTAL CLAIMED
   PRIORITY          1,385.00
   SECURED               0.00
   UNSECURED         17.322.16
```

**Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 12/28/2012

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com